AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| United States of America | ) |
| v. | ) |
| | ) |
| Avery Carter MacCracken | ) |
| | ) |
| | ) |
| Defendant | ) |

Case: 1:21-mj-00691
Assigned to: Judge Meriweather, Robin M.
Assign Date: 12/10/2021
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Avery Carter MacCracken     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) and (b)- Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon or Inflicting Bodily Injury
18 U.S.C. § 231(a)(3)- Civil Disorder
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds

18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings

2021.12.10
17:34:33 -05'00'

Date:     12/10/2021

*Issuing officer's signature*

City and state:     Washington, D.C.     Robin M. Meriweather, U.S. Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12/10/2021 , and the person was arrested on *(date)* 12/11/2021 at *(city and state)* Norwood, Colorado . |
| Date: 12/13/2021 |
| *Arresting officer's signature* |
| Blayde Harrigan Deputy Sheriff |
| *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Avery Carter MacCracken<br><br>_____<br>*Defendant* | **Colorado Case: 21-mj-00206-GPG**<br><br>) Case: 1:21-mj-00691<br>) Assigned to: Judge Meriweather, Robin M.<br>) Assign Date: 12/10/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>) |

## ARREST WARRANT

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
12/13/2021
**JEFFREY P. COLWELL, CLERK**

To:     Any authorized law enforcement officer

      **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*            Avery Carter MacCracken           ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) and (b)- Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon or Inflicting Bodily Injury
18 U.S.C. § 231(a)(3)- Civil Disorder
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds

18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings

2021.12.10
17:34:33 -05'00'

Date:      12/10/2021                    _____
                                                   *Issuing officer's signature*

City and state:         Washington, D.C.              Robin M. Meriweather, U.S. Magistrate Judge
                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____           _____<br>                                 *Arresting officer's signature*<br><br>                                 _____<br>                                 *Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Avery Carter MacCracken

Known aliases:

Last known residence:        Unknown

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:        11/4/1953

Social Security number:        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

Height:                                                    Weight:

Sex:        Male                                          Race:        White

Hair:        White                                        Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

2018 arrest for assault/menancing with a weapon; 2012 allegation of cocaine-selling; 2010 Possession of dangerous drugs; 2010 possessi...⊞

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:        494718K3

Complete description of auto:

Investigative agency:        Federal Bureau of Investigation - SA Alex J. Zappe, (970) 812-2916

Investigative agency address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Avery Carter MacCracken<br>DOB: XXXXXX<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:21-mj-00691
Assigned to: Judge Meriweather, Robin M.
Assign Date: 12/10/2021
Description: COMPLAINT W/ ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the

_____ in the District of ____Columbia____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 111(a)(1) and (b)- Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon or Inflicting Bodily Injury | |
| 18 U.S.C. § 231(a)(3)- Civil Disorder | |
| 18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted  Building or Grounds | |
| 18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds | |
| 18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds | |
| 40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Alex J. Zappe, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: ____12/10/2021____

_____
*Judge's signature*

City and state: _____Washington, D.C._____

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

DEFENDANT:                    Avery Carter MacCracken

AGE/YOB:                      1953 – 68 years old

ADDRESS (CITY/STATE):         Telluride, CO


OFFENSE(S):                   **Count 1:** 18 U.S.C. § 111(a)(1) and (b)-Assaulting, resisting, or impeding certain officers using a dangerous weapon or inflicting bodily injury
                              **Count 2:** 18 U.S.C. § 231(a)(3) – Civil disorder
                              **Count 3:** 18 U.S.C. § 1752(a)(1) – Entering and remaining in a restricted building or grounds
                              **Count 4:** 18 U.S.C. § 1752(a)(2) – Disorderly and disruptive conduct in a restricted building or grounds
                              **Count 5:** 18 U.S.C. § 1752(a)(4) – Engaging in physical violence in a restricted building or grounds
                              **Count 6:** 40 U.S.C. § 5104(e)(2)(F) – Act of physical violence in the Capitol ground or buildings

LOCATION OF                   Washington, D.C.
OFFENSE:

PENALTY:                      **Count 1:**  NMT 20 years imprisonment, NMT $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment
                              **Count 2:**  NMT 5 years imprisonment, NMT $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment
                              **Counts 3 - 5:**  NMT 10 years imprisonment, NMT $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment
                              **Count 6:**  NMT 6 months imprisonment, NMT $5,000 fine, or both; $10 special assessment

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention is applicable to this defendant.

Case: 1:21-mj-00691
Assigned to: Judge Meriweather, Robin M.
Assign Date: 12/10/2021
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

1.      I am a Special Agent of the Federal Bureau of Investigation (FBI) currently assigned to the Denver Division, Grand Junction Resident Agency. As such, I am an investigative or law enforcement agent of the United States authorized under Title 18, United States Code, Section 3052, that is, an officer of the United States who is empowered by law to conduct investigations, to make arrests, and to collect evidence for various violations of federal law. I have been employed as a Special Agent of the FBI since February 2004.

2.      I have experience in conducting investigations involving financial fraud, public corruption, drug trafficking, violent crimes, gangs, crimes aboard aircraft, cyber-related matters, and and other violations of federal law. Through my experience and training, I have become familiar with activities of individuals engaged in illegal activities, to include their techniques, methods, language, and terms.

3.      Currently, I am tasked with investigating criminal activity in and around the U.S. Capitol grounds on January 6, 2021.

4.      This affidavit is being submitted for the limited purpose of securing a Criminal Complaint and Arrest Warrant. I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are necessary to establish probable cause to believe that violations of federal law have been committed.

5.      The information contained within the affidavit is based on my training and experience, as well as information imparted to me by other law enforcement officers involved in this investigation.

## Background

6.      The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

7.      On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

8.      As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

9.      At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol;

however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including

by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the

crowd encouraged and assisted those acts.

10.     Shortly thereafter, at approximately 2:20 p.m. members of the United States

House of Representatives and United States Senate, including the President of the Senate, Vice

President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the

joint session of the United States Congress was effectively suspended until shortly after 8:00

p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated

from the Senate Chamber until the sessions resumed.

11.     During national news coverage of the aforementioned events, video footage

which appeared to be captured on mobile devices of persons present on the scene depicted

evidence of violations of local and federal law, including scores of individuals inside the U.S.

Capitol building without authority to be there.

**Avery MacCracken's Participation in the Events of January 6, 2021**

12.     During the course of the investigation into the events of January 6, 2021, law

enforcement obtained video and photographic footage capturing the events at the Capitol.

Among the individuals in the footage was a white male who was observed in

physical altercations with uniformed police officers on the U.S. Capitol grounds. The identity of

the individual was initially unknown and was labeled as AFO-387, for cataloguing purposes.  A

photograph of the individual identified as AFO-387 is below:



*Photo 1: AFO-387*

13.     The FBI published the photo of AFO-387 on its public website in an effort to

identify the individual.  As detailed below, several members of the public provided information

regarding the identity of the person depicted in AFO-387.

14.     Telluride, Colorado is a small, mountain town situated in the high Rocky

Mountains of western Colorado. Due to its small population and tight-knit community, the

majority of the local residents are known to eachother. Furthermore, local law enforcement in the

town is comprised of the Telluride Marshal's Office (TMO) and the San Miguel County Sheriff's

Office (SMCSO), both relatively small agencies. Deputies of TMO and SMCSO are very

familiar with the local resident population, especially with those that they have frequent contact

with.

15.     Tipster-1, a local Telluride resident, contacted Sheriff Bill Masters of SMCSO in

Telluride, Colorado to report that after he/she reviewed images from the public FBI website as

well as another public website, called the Sedition Hunters (www.seditionhunters.org/387-afo-

covereddragon/), he/she recognized the identity of the individual depicted in AFO-387. Tipster-1

advised that the individual on the FBI and Sedition Hunters websites under the AFO-387

identifier appeared to be Avery MacCracken, whom he/she recognized from the community.

16.     Tipster-1 did not make his/her identification based on the photograph posted to

the FBI website alone, but based its identification on additional images of the individual depicted

in AFO-387 that included pictures where the individual's face was not obstructed (these images

were not posted by the FBI, but were publicly posted on the Sedition Hunters website).

17.     In reviewing the images from the Internet pages that Tipster-1 provided, Sheriff

Masters separately recognized the male individual and identified him as Avery MacCracken.

Sheriff Masters has been in law enforcement in Telluride for more than 40 years. He has known

Avery MacCracken to reside in the Telluride area on and off for most of that time period as well.

As such, Sheriff Masters knows MacCracken extremely well, with numerous and frequent

contacts by himself personally, and by his deputies. Sheriff Masters made particular note that

MacCracken, as a resident of the community, is oftentimes homeless and lives out of his vehicle.

He further explained he has seen MacCracken dressed in the very same clothes on multiple

occasions in Telluride, as depicted in the FBI and Sedition Hunters websites. Sheriff Masters

also noted that one picture of the subject on the Sedition Hunters website depicts the subject

standing on the sidewalk in front of two buildings. He recognized the doors to the New Sheridan

Bar and next to it, the San Miguel County Courthouse, located on the downtown street in

Telluride, Colorado.  The picture referenced by Sheriff Masters is on the far right of the image

below:



*Photo 2 - https://seditionhunters.org/387-afo-covereddragon/*

18.   I captured a photo of the same downtown area in Telluride from an open source mapping website for comparison purposes. I have also been to Telluride many times in my official and personal capacities and am familiar with the buildings referenced.



*Photo 3 - Google maps - street view of Colorado Avenue in downtown Telluride, CO*

19.     Another response to the FBI's wanted page and Sedition Hunters photos came from Chief Marshal Josh Comte, Telluride Marshal's Office. Chief Comte reviewed both the photos from the FBI website, as well as the Sedition Hunters website, and compared them to each other. He stated that he recognized the subject as a man named Avery MacCracken, a member of the Telluride community. Deputies of the Telluride Marshal's Office have had numerous interactions with MacCracken, including Chief Comte dealing personally with him. Chief Comte also recognized the clothing of MacCracken in the referenced photos as the same identifiable clothes that are frequently worn by MacCracken in Colorado.

20.     This clothing includes a red hat, blue jacket with a logo on the chest, white shorts over dark leggings, and boots:

   

Known image of MacCracken          MacCracken Clothing on Jan. 6, 2021

21.     On December 2, 2021, Chief Comte again observed MacCracken walking his dog in Telluride; MacCracken was wearing the same identifiable clothing: red hat, blue jacket, white shorts with black stripe on the sides, and black leggings.

**Assault on Federal Officers**

22.     On January 6, 2021, Washington, D.C. Metroplitan Police (MPD) Officer J.G. was assigned on a protective, police line at the United States Capitol Building grounds. He was wearing police-issued clothing and was identifiable as a police officer. Officer J.G. was also

wearing a police-issued body worn camera (BWC) that was activated, capturing video footage of interactions during this assignment.

23.    During the civil unrest that ensued, a male individual (AFO-387) – later identified as Avery MacCracken, as set forth above – approached Officer J.G. and engaged in physical contact, assaulting Officer J.G. with pushes, shoves, and a strike to the face. Specifically, MacCracken punched Officer J.G. with his closed fist in the right cheek, causing a cut to the face under his right eye. Officer J.G.  took a selfie-pic of his injuries and provided self-aid; he did not seek other medical care.

 

24.    Officer J.G.'s BWC footage was provided to the FBI and reviewed. I have reviewed the pertinent portions of the BWC video and captured images from the video to present herein. A portion of the video footage depicts the individual in AFO-387, identified as MacCracken as set forth above, approaching the police line and specifically Officer J.G. While approaching, MacCracken clinched his fists in a fighting manner, and then engaged in assaulting Officer J.G., by pushing, tugging, and striking him in the face.





25.     Standing next to MPD Officer J.G. was MPD Officer H.F. BWC Footage was

also obtained from Officer H.F., which pertinent portions I have revewied. As MacCracken

moved along the police line, he also physically engaged with assaulting Officer H.F. The assault

is characterized by pushing, shoving, grabbing Officer H.F.'s arm/elbow and possibly striking

him. The BWC footage of Officer J.G. depicts some of the assault on Officer H.F. as well as the

BWC footage of Officer H.F.





## Travel of MacCracken from Colorado to Washington, D.C

26.     Although MacCracken is considered a transient with no permanent place of

residence, he has been known to "reside" in the Telluride, Colorado area for several years. His

vehicle is registered in the State of Colorado and he has a Colorado driver's license. I have

reviewed travel records pertaining to MacCracken on or around the dates before and after

January 6, 2021. MacCracken purchased airfare and on January 3, 2021, traveled via commercial

air from Montrose, Colorado to Washington D.C. MacCracken then returned to Colorado on

January 9, 2021, via commercial air, departing Washington, D.C. and arriving at Montrose,

Colorado. Montrose Regional Airport is the closest commercial airport to Telluride.

## Federal Violations Committed

27.     Based on the foregoing, I submit there is probable cause to believe that

MacCracken violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly

enter or remain in any restricted building or grounds without lawful authority to do; and (2)

knowingly, and with intent to impede or disrupt the orderly conduct of Government business or

official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any

restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the

orderly conduct of Government business or official functions; (4) knowingly engages in any act

of physical violence against any person or property in any restricted building or grounds; or

attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building"

includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the

President or other person protected by the Secret Service, including the Vice President, is or will

be temporarily visiting; or any building or grounds so restricted in conjunction with an event

designated as a special event of national significance.

12

28.     I believe there is probable cause to believe that MacCracken violated 18 U.S.C.

§§ 111(a)(1) and (b) - which makes it a crime to forcibly assault or interfere and aid or abet such

a forcible assault or interference, with any person designated in section 1114 of this title 18 while

engaged in or on account of the performance of official duties.

29.     Your affiant submits there is also probable cause to believe that MacCracken

violated 40 U.S.C. § 5104(e)(2)(F), which makes it a crime to willfully and knowingly (F)

engage in an act of physical violence in the Grounds or any of the Capitol Buildings.

30.     I submit there is probable cause to believe that MacCracken violated 18 U.S.C. §

231(a)(3), which makes it unlawful to commit or attempt to commit any act to obstruct, impede,

or interfere with any fireman or law enforcement officer lawfully engaged in the lawful

performance of his official duties incident to and during the commission of a civil disorder which

in any way or degree obstructs, delays, or adversely affects commerce or the movement of any

article or commodity in commerce or the conduct or performance of any federally protected

function. For purposes of Section 231 of Title 18, a federally protected function means any

function, operation, or action carried out, under the laws of the United States, by any department,

agency, or instrumentality of the United States or by an officer or employee thereof. This

includes the Joint Session of Congress where the Senate and House count Electoral College

votes.

Respectfully submitted,

_____

Alex J. Zappe
Special Agent
Federal Bureau of Investigation

Submitted, attested to, and acknowledged by reliable electronic means on December 10, 2021:

_____
HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Colorado Criminal Case No. 1:21-mj-206-GPG          Court Deputy: A. Barnes
Washington D.C. Case # 21MJ691-Judge Meriweather          Recorder: Grand Junction

Date: December 14, 2021

UNITED STATES OF AMERICA,
Plaintiff,
v.
**Avery Carter MacCracken**,
Defendant.

---

Minutes and Orders; Rule 5

---

Court in session: 12:31 p.m.
Defendant Mac Cracken, appeared via VTC in custody at the Mesa County Detention Facility.
AUSA Peter Hautzinger appeared for the Government via VTC.  AFPD David Kraut also
appeared via VTC.

This matter proceeds via electronic means, telephone, pursuant to the CARES Act and Colorado
Court directive 2020-4 and its extensions

The Court advised Defendant on the Complaint and with regard to Rule 5 proceedings and
rights.
ORDERED:  Defendant requested a court-appointed attorney and the Court, upon review of the
Financial Affidavit found that Defendant qualified for court-appointed counsel and Ordered that
Legal Counsel to be appointed for Defendant per the CJA Plan.  AFPD David Kraut accepted the
appointment.

The Government requested detention.

ORDERED:  The Court set an Identity Hearing, Detention Hearing and Preliminary Hearing in
this district as follows: via VTC for **Friday, December 17, 2021 at 1:00 PM** in Room 323
before USMJ Gordon P. Gallagher.

ORDERED: The Court hereby Orders that the Defendant shall be detained and remanded to the
custody of the US Marshal Service.

Hearing concluded at: 12:47 p.m.
Hearing duration: 16 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536
or AB Court Reporting & Video, Inc. at (303) 629-8534.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Colorado Criminal Case No. 1:21-mj-206-GPG          Court Deputy: A. Barnes
Washington D.C. Case # 21MJ691-Judge Meriweather     Recorder: Grand Junction

Date: December 17, 2021

UNITED STATES OF AMERICA,
Plaintiff,
v.
**Avery Carter MacCracken**,
Defendant.

_____

Minutes and Orders: Identity; Detention; and Preliminary Hearing
_____

Court in session: 1:22 p.m.
Defendant Mac Cracken, appeared via VTC in custody at the Mesa County Detention Facility.
AUSA Peter Hautzinger appeared for the Government in person. AFPD David Kraut also
appeared via VTC. PO Jason Cohen appeared first in person and then via VTC.

This matter proceeds via electronic means, telephone, pursuant to the CARES Act and Colorado
Court directive 2020-4 and its extensions

The Government is still requesting detention; Defendant contests identity; and requests release
during the course of the proceedings; and requests a preliminary hearing on the counts in the
Complaint.

The Government calls FBI Special Agent Alex Zappe in its case in chief.

Direct Exam by AUSA Hautzinger: 1:28 PM
Voir Dire on Exhibits by AFPD Kraut: 2:15 PM
Continuation of Direct Exam: 2:26 PM
Government Exhibits 1 - 3 and 5 - 11 admitted without objection; Government Exhibit 4 is
admitted over objection.
Conclusion of Direct Exam: 2:40 PM
Cross Examination of SA Zappe: 2:40 PM
End of Cross Examination: 3:11 PM
Re-direct Exam by AUSA Hautzinger: 3:11 PM
End of Re-direct: 3:13 PM

The Government rests and waives argument on the Identity Hearing and Preliminary Hearing.
AFPD Kraut did not present a witness or exhibits; however, AFPD Kraut makes argument.

Page 2

ORDERED: The Court finds and Orders that the Government has met its burden in proving that Defendant Avery Carter MacCracken present herein is the same Defendant as is sought by the Government with the complaint in this matter, and identity for that purpose has been proven.

ORDERED: The Court finds, for the reasons set forth on the record, and Orders that the Government has met its burden in proving probable cause for each element and each count in the Complaint.

As to detention, the Government made argument for detention; and the Defendant argued for release.

ORDERED: The Court finds and Orders that the Defendant shall be detained and remanded to the custody of the US Marshal Service.  A separate Detention Order shall issue.

ORDERED: A Commitment Order shall issue for the Defendant to be transported to the Washington DC District to answer the charges set forth in the Complaint.

Hearing concluded at: 4:13 p.m.
Hearing duration: 2 hours and 51 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.

EXHIBIT

EXHIBIT







**EXHIBIT**

# 4

Please contact the FBI or your local law enforcement.. Please DO NOT post names social media.

# DO YOU KNOW THIS PERSON?





**FBI 387-AFO**
**#CoveredDragon**

## @SEDITIONHUNTERS
### fbi.gov/wanted/capitol-violence





**EXHIBIT**

# 5

**EXHIBIT**

# 6





EXHIBIT

# 7



EXHIBIT

# 8



EXHIBIT

# 9









IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U.S. Magistrate Judge Gordon P. Gallagher

Criminal Case No.:    21-MJ-206-GPG

UNITED STATES OF AMERICA,

Plaintiff,

v.

AVERY CARTER MacCRACKEN,

Defendant.

---

ORDER OF DETENTION

---

This matter came before the Court for a detention hearing on December 17, 2021. Assistant United States Attorney Hautzinger represented the Government and Assistant Federal Defender Kraut represented the Defendant.  After considering:

> The contents of the file;
> The complaint and affidavit;
> The evidence from the preliminary hearing;
> The fact that the Court found probable cause for each offense at the preliminary hearing;
> The offer of proof and arguments from the detention hearing;
> The pretrial report; and
> The 9 other Capitol Breach cases which have been addressed for detention in the District of Colorado;
> I ORDER the Defendant detained.

In order to sustain a motion for detention, the government must establish that (a) there is no condition or combination of conditions which could be imposed in connection with pretrial release that would reasonably insure the defendant's presence for court proceedings; or (b) there is no condition or combination of conditions which could be imposed in connection with pretrial release that would reasonably insure the safety of any other person or the community.

The Bail Reform Act, 18 U.S.C. § 3142(g), directs the court to consider the following factors in determining whether there are conditions of release that will reasonably assure the appearance of the defendant as required and the safety of any other person and the community:

(1) [t]he nature and circumstances of the offense charged, including whether the offense is a crime of violence or involves a narcotic drug;

(2) the weight of the evidence against the person;

(3) the history and characteristics of the person, including –

(A) the person's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and

(B) whether at the time of the current offense or arrest, the person was on probation, on parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State or local law; and

(4) the nature and seriousness of the danger to any person or the community that would be posed by the person's release.

The Court takes judicial notice of the Court's file and the information presented at hearing. Weighing the statutory factors set forth in the Bail Reform Act, I find the following:

In this action, Defendant is charged, by way of complaint with 6 counts including assaulting, resisting, or impeding certain officers using a dangerous weapon or inflicting bodily injury. Defendant is facing NMT 20 years imprisonment. For the reasons set forth on the record during the hearing the Court Orders detention. Without repeating it here, the Court incorporates the extensive ruling made on the record on this topic as to the Defendant, his history, and the other Capitol Breach cases and how they have been addressed in this District.

As a result, after considering all of these factors, I find by a preponderance of the evidence that Defendant is a flight risk and I conclude that there is no condition or combination of conditions for release which will reasonably assure the Defendant's appearance for Court proceedings.

As a result, after considering all of these factors, I find by clear and convincing evidence that Defendant is a danger to the community and I conclude that there is no

condition or combination of conditions for release that will assure the safety of any other persons and the community.

Accordingly, it is hereby **ORDERED** that the Defendant is detained as a flight risk.

**ORDERED** that the Defendant is detained as a danger to the community.

**ORDERED** that the Defendant shall be committed to the custody of the Attorney General or his designee for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal. It is further

**ORDERED** that the Defendant shall be afforded reasonable opportunity for private consultation with counsel. It is further

**ORDERED** that upon an order of a Court of the United States, or upon request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver each Defendant to a United States Marshal for the purpose of an appearance in connection with any Court proceeding in this matter.

In accordance with the provisions of the Bail Reform Act, if at any time before trial the judicial officer determines that information exists which was not known at the time of the detention hearing and that has a material bearing on the issue of whether there are conditions of release that will reasonably assure the appearance of the defendant as required and the safety of the community, the detention hearing may be reopened (18 U.S.C. § 3142(f)).

Dated December 17, 2021.

BY THE COURT:

_____
Gordon P. Gallagher
United States Magistrate Judge

TERMED

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:21-mj-00206-GPG-1

Case title: USA v. MacCracken                    Date Filed: 12/13/2021

Other court case number: 21-mj-00691 District of Columbia   Date Terminated: 12/21/2021

Assigned to: Magistrate Judge Gordon
P. Gallagher

### Defendant (1)

**Avery Carter MacCracken**          represented by   **David Andrew Kraut**
*TERMINATED: 12/21/2021*                              Federal Public Defender's Office-
                                                      Denver
                                                      633 17th Street
                                                      Suite 1000
                                                      Denver, CO 80202
                                                      303-294-7002
                                                      Fax: 303-294-1192
                                                      Email: david_kraut@fd.org
                                                      *ATTORNEY TO BE NOTICED*

### Pending Counts                          ### Disposition

None

### Highest Offense Level (Opening)

None

### Terminated Counts                       ### Disposition

None

## Highest Offense Level (Terminated)

None

| Complaints | Disposition |
|---|---|
| 18 U.S.C. §§ 111(a)(1) and (b)- Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon or Inflicting Bodily Injury, 18 U.S.C. § 231(a)(3)- Civil Disorder, 18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds, 18 U.S.C. §§ 111(a)(1) and (b)- Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon or Inflicting Bodily Injury, 18 U.S.C. § 231(a)(3)- Civil Disorder, 40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings | |

## Plaintiff

**USA**  represented by  **Zachary H. Phillips**
U.S. Attorney's Office-Denver
District of Colorado
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0100
Fax: 303-454-0409
Email: Zachary.Phillips@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2021 | 1 | RULE 5 AFFIDAVIT from the District of District of Columbia as to Avery Carter MacCracken (1). (cmadr, ) (Entered: 12/14/2021) |
| 12/14/2021 | 2 | MINUTE ENTRY for proceedings held before Magistrate Judge Gordon P. Gallagher: Initial Appearance in Rule 5(c)(3) Proceedings as to Avery Carter MacCracken held on 12/14/2021. ORDERED: Legal counsel to be appointed for Defendant per the CJA Plan. An Identity, Detention and Prliminary hearings to be held by VTC are set for 12/17/2021 at 1:00 p.m. in Room 323 (Grand Junction) before Magistrate Judge Gordon P. Gallagher. FTR: Grand Junction. (swest) (Entered: 12/15/2021) |

| | | |
|---|---|---|
| 12/14/2021 | 3 | Arrest Warrant Returned Executed on 12/13/2021 in case as to Avery Carter MacCracken. (swest) (Entered: 12/15/2021) |
| 12/14/2021 | 4 | CJA 23 Financial Affidavit by Avery Carter MacCracken. (swest) (Entered: 12/15/2021) |
| 12/14/2021 | 5 | ORDER APPOINTING COUNSEL as to Avery Carter MacCracken by Magistrate Judge Gordon P. Gallagher on 12/14/2021. Text Only Entry (swest) (Entered: 12/15/2021) |
| 12/15/2021 | 6 | NOTICE OF ATTORNEY APPEARANCE: David Andrew Kraut appearing for Avery Carter MacCrackenAttorney David Andrew Kraut added to party Avery Carter MacCracken(pty:dft) (Kraut, David) (Entered: 12/15/2021) |
| 12/17/2021 | 7 | MINUTES AND ORDERS for Identity Hearing/Detention Hearing/Preliminary Hearing as to Avery Carter MacCracken held on 12/17/2021 before Magistrate Judge Gordon P. Gallagher: FINDINGS AND ORDERS: The Court finds and Orders that the Government has met its burden in proving that Defendant Avery Carter MacCracken present herein is the same Defendant as is sought by the Government with the complaint in this matter, and identity for that purpose has been proven. The Court finds, for the reasons set forth on the record, and Orders that the Government has met its burden in proving probable cause for each element and each count in the Complaint. The Court finds and Orders that the Defendant shall be detained and remanded to the custody of the US Marshal Service. A separate Detention Order shall issue. A Commitment Order shall issue for the Defendant to be transported to the Washington DC District to answer the charges set forth in the Complaint. **APPEARANCES:** Defendant Avery Carter MacCracken present in custody via VTC from Mesa County Detention Facility. AFPD David Kraut on behalf of defendant appears via VTC. PO Jason Cohen present, first appearing in person, then via VTC. AUSA Peter Hautzinger present in person on behalf of the Government. FTR: Grand Junction courtroom. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9, # 10 Exhibit Exhibit 10, # 11 Exhibit Exhibit 11) (evaug ) (Entered: 12/21/2021) |
| 12/17/2021 | 8 | ORDER OF DETENTION as to Avery Carter MacCracken by Magistrate Judge Gordon P. Gallagher on 12/17/2021. (evaug ) Modified on 12/21/2021 to correct file date (evaug ). (Entered: 12/21/2021) |
| 12/17/2021 | 9 | Notice to District of Columbia of Rule 5 or 32 or 40 Initial Appearance: Please use PACER court links to access the public docket and documents. If the District of Colorado has a surrendered passport, it is being mailed to your court via USPS certified mail with return receipt. For a bond transmittal, please contact our case administration specialist at [cod.docketing.uscourts.gov] If you wish to designate a different email address for future transfers, please send your request to InterdistrictTransfer_TXND@txnd.uscourts.gov. as to Avery Carter MacCracken Your case number is:21-mj-00691. (Text Only Entry) (evaug ) Modified on 12/21/2021 to correct file date (evaug ). (Entered: 12/21/2021) |
| 12/21/2021 | 10 | MAGISTRATE CASE TERMINATED as to Avery Carter MacCracken by Magistrate Judge Gordon P. Gallagher on 12/17/2021. Text Only Entry (evaug ) |

| | | (Entered: 12/21/2021) |
|---|---|---|

f