UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-CR-00010-RJL |
| | : | |
| AVERY MACCRACKEN, | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

The United States of America and defendant Avery MacCracken jointly file this status report to update the Court on the status of the Court.

1. The government has provided the defense with the case-specific discovery. Discovery is complete, except for digital device extraction reports from seven digital devices that were seized from the defendant at the time of his arrest in December 2021. Those devices were processed by the FBI the week of February 21, 2022, and the government anticipates that the reports will be provided to counsel for the government and then to the defense by the end of this week.

2. Plea negotiations between the government and defense are ongoing.

3. The parties are available for a rescheduled status hearing in this matter any day in the coming two weeks except March 3 or 8, 2022.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   /s/ Elizabeth Rogers
       ELIZABETH ROGERS

Assistant United States Attorney
Detailed to the District of Columbia
TN Bar No. 33004
167 North Main Street, Suite 800
Memphis, TN 38103
Elizabeth.rogers@usdoj.gov
(901) 218-5438