UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

AVERY MACCRACKEN,

        Defendant.

Case No. 22-cr-00010 (RJL)

ORDER

Upon consideration of the Defendant's health and in the interest of justice, it is hereby Ordered that the United States Marshals Service remove the Defendant from the District of Columbia to the District of Colorado.

It is recommended, to the extent possible, that the defendant be placed in the GEO immigration detention center in Aurora, or the Federal Detention Center in Englewood (next to FCI Englewood) or the downtown Denver Detention Center in Denver, Colorado.

SO ORDERED.

_____
The Honorable Richard J. Leon
3/29/22