UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**AVERY MACCRACKEN,**<br><br>Defendant. | **Case No. 22-cr-10 (RJL)** |

## NOTICE OF FILING OF LETTER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and in response to the instructions of the Honorable Richard J. Leon at the status conference on April 18, 2022, hereby files this notice of filing of a letter from the Northern Neck Regional Jail regarding Mr. MacCracken's glasses.

                Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052

By:  */s/ Brian Morgan*
    Brian Morgan
    NY Bar No. 829103
    Trial Attorney
    U.S. Department of Justice, Criminal Division
    601 D Street, N.W.
    Washington, D.C. 20530
    Brian.Morgan@usdoj.gov