**Attachment A**

RE: Inmate MacCracken, Avery 08353-046 eyeglasses

Inmate McCracken, Avery arrived at NNRJ on Friday April 8, 2022. Inmate McCracken was processed by NNRJ booking staff consistent with NNRJ practice. During the initial process NNRJ staff noticed that Inmate McCracken's eyeglasses had metal on them. Consistent with normal NNRJ practice metal eyeglasses must be inspected by the Chief of Security or I prior to the inmate having them in the secured part of the jail. This is due to potential safety issues related to make shift weapons "shanks" by inmates. In most situations the eyeglasses are approved upon inspection. If not approved NNRJ Medical team would work on getting a plastic pair for the inmate.

In this situation Inmate McCracken left two days after arriving at NNRJ. Therefore, this writer did not have the opportunity to inspect the eye glasses for approval. However, note that Inmate McCracken had the opportunity to write a request form or grievance to the shift supervisor regarding this and he did not.

Lastly, two days after arriving at NNRJ Inmate McCracken left NNRJ. Records indicate he signed his property return sheet and all property he arrived with was returned to him including his eyeglasses. In addition, Inmate McCracken had additional property he wanted to mail out; we mailed out this property free of charge for him.

Respectfully,

Captain Luna


Captain E.B. Luna
Chief of Intake and Receiving
Northern Neck Regional Jail
1090 P.O. Box
Warsaw, VA 22572