AO 199B   (Rev. 11/14 D/CO)   Additional Conditions of Release                                                    Page ____ of ____ Pages

## ADDITIONAL CONDITIONS OF RELEASE

     IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(   )   (6)   The defendant is placed in the custody of:
              Person or organization   _____
              Address *(only if above is an organization)*   _____
              City and state   _____   Tel. No.   _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately
if the defendant violates a condition of release or is no longer in the custodian's custody.

                                    Signed:   _____   _____
                                                      *Custodian*                  *Date*

(   )   (7)   The defendant must:
    (   )   (a)   submit to supervision by and report for supervision to the   _____ ,
                 telephone number   _____ , no later than   _____ .
    (   )   (b)   continue or actively seek employment.
    (   )   (c)   continue or start an education program.
    (   )   (d)   surrender any passport to:   _____
    (   )   (e)   not obtain a passport or other international travel document.
    (   )   (f)   abide by the following restrictions on personal association, residence, or travel:   _____
                _____
    (   )   (g)   avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
                including:   _____
                _____
    (   )   (h)   get medical or psychiatric treatment:   _____
                _____
    (   )   (i)   return to custody each   _____ at   _____ o'clock after being released at   _____ o'clock for employment, schooling,
                or the following purposes:   _____
                _____
    (   )   (j)   maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
                necessary.
    (   )   (k)   not possess a firearm, destructive device, or other weapon.
    (   )   (l)   not use alcohol (   ) at all (   ) excessively.
    (   )   (m)   not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
                medical practitioner.  Except as authorized by court order, the defendant shall not possess, use or sell marijuana or any marijuana derivative
                (including THC) in any form (including edibles) or for any purpose (including medical purposes).Without the prior permission of the
                probation officer, the defendant shall not enter any marijuana dispensary or grow facility.
    (   )   (n)   submit to testing for a prohibited substance if required by the pretrial services office or supervising officer.  Testing may be used with random
                frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited
                substance screening or testing.  The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited
                substance screening or testing.
    (   )   (o)   participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
                supervising officer.
    (   )   (p)   participate in one of the following location restriction programs and comply with its requirements as directed.
                (   ) (i)   **Curfew.**  You are restricted to your residence every day (   ) from   _____ to   _____ , or (   ) as
                            directed by the pretrial services office or supervising officer; or
                (   ) (ii)   **Home Detention.**  You are restricted to your residence at all times except for employment; education; religious services; medical;
                            substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities
                            approved in advance by the pretrial services office or supervising officer; or
                (   )(iii)   **Home Incarceration.**  You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
                            court appearances or other activities specifically approved by the court.
    (   )   (q)   submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program
                requirements and instructions provided.
                (   ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or
                        supervising officer.
    (   )   (r)   report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including
                arrests, questioning, or traffic stops.
    (   )   (s)   _____