UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | |
| Plaintiff;        ) | |
| ) | |
| v.        ) | Case No. 22-CR-10 (RJL) |
| ) | |
| AVERY MACCRACKEN,        ) | |
| Defendant.        ) | |

JOINT MOTION TO CONTINUE STATUS CONFERENCE

For the reasons stated below, the parties jointly request the Court continue the September 7, 2022, status conference by 15 days or to a date convenient to the Court. Since arraignment on the indictment, the parties continue to work at resolving this case with a pretrial disposition. To that end, we request that the time between September 7, 2022, and the next date set by the Court, continue to be excluded under the Speedy Trial Act, pursuant to Title 18, USC, section 3161(h)(1)(D) and 3161 (h)(7)(A).  Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, as it will allow the parties to continue discussions regarding a disposition in the matter. Mr. MacCracken consents to the requested exclusion of time under the Speedy Trial Act.

For the reasons stated above all parties requests that the Court grant this joint motion.

Respectfully submitted,

A. J. Kramer
Federal Public Defender for the District of Columbia
/s/Michelle Peterson, Chief Ass't Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Sabrina Shroff, Esq.
80 Broad Street, 19th Floor
New York, New York 10004

Dated: September 7, 2022