UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**AVERY MACCRACKEN,**<br><br>Defendant. | Case No. 22-cr-10 (RJL) |

## NOTICE REGARDING SENTENCING MEMORANDUM

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this notice regarding the filing of its sentencing memorandum. At a status hearing on October 4, 2022, the Court instructed the parties to submit plea and sentencing paperwork to the Court at least two weeks prior to the next hearing, which is scheduled for December 12, 2022. On November 22, 2022, with the consent of the defendant, the Government filed a motion to continue the hearing scheduled for December 12, 2022 to afford the parties additional time to negotiate the terms of a plea agreement, so that the defendant could consider whether he wished to proceed to plea and sentence on the same date, and so the Probation office could have adequate time to prepare a Presentence Report in advance of the hearing.

By the present notice, the Government respectfully informs the Court that, considering the pending motion to continue the hearing on December 12 and the absence of a finalized plea agreement, the parties have conferred and do not intend to submit sentencing memoranda at this time.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ Brian Morgan*
        Brian Morgan
        NY Bar No. 829103
        Trial Attorney
        U.S. Department of Justice, Criminal Division
        601 D Street, N.W.
        Washington, D.C. 20530
        Brian.Morgan@usdoj.gov