UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No. 22-CR-00010-RJL |
| : | |
| AVERY MACCRACKEN, : | |
| : | |
| Defendant. : | |

**JOINT STATUS REPORT**

The United States of America and defendant Avery MacCracken jointly file this status report to update the Court on the status of the case.

1. At a status conference on October 4, 2022, the defendant informed the Court that he wished to plead guilty to one count of 18 U.S.C. § 231(a)(3). The Court scheduled a plea hearing on December 12, 2022.

2. On November 29, 2022, the Court granted the Government's unopposed motion to continue the plea hearing on the basis that the parties were still negotiating the terms of the agreement.

3. On December 15, 2022, the Government sent counsel for the defense a revised plea agreement. Defense counsel is to provide a signed plea agreement and statement of facts.

4. Defense counsel has been at trial in the Eastern District of New York on the case of *United States v. Asainov*, 19 Cr. 402 (NGG). According to defense counsel, the defendant intends to proceed by plea.

5. Should a plea not be entered in the next 30 days, the Government would respectfully request that the Court schedule this case for trial. Government counsel currently is

scheduled to begin other trials on April 19, 2023 and June 5, 2023. Defense counsel is unavailable until January of 2024.

6. The Government respectfully requests that, pursuant to the Speedy Trial Act, the time between February 14, 2023 and the next court conference be excluded from speedy trial calculations on the basis that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Defense counsel consents to this request.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

By:    /s/ Brian Morgan
       BRIAN MORGAN
       Trial Attorney
       Detailed to the District of Columbia
       NY Bar No. 4276804
       601 D Street NW
       Washington, DC 20530
       Brian.morgan@usdoj.gov
       (202) 305-3717