UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-cr-10-RJL |
| | : | |
| AVERY MACCRACKEN, | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

The United States of America and defendant Avery MacCracken jointly file this status report and respectfully request that the Court schedule a plea hearing.

1. At a status conference on October 4, 2022, the defendant informed the Court that he wished to plead guilty to one count of 18 U.S.C. § 231(a)(3). A plea hearing was scheduled for December 12, 2022.

2. On November 29, 2022, the Government informed the Court that the parties were still negotiating the terms of the pela agreement. The Court granted the Government's unopposed motion to continue the plea hearing and excluded time under the Speedy Trial Act.

3. On February 14, 2023, the parties filed a status report indicating that a revised plea agreement was awaiting execution by the defendant. The Court ordered that the time period between February 14, 2023 and the date of the next status conference be excluded from any calculation under the Speedy Trial Act.

4. On April 21, 2023, the Court granted the Government's Motion for Dismissal Without Prejudice of Count Two of the Indictment.

5. The defendant has executed the plea paperwork and returned it to counsel for the Government.

6. Accordingly, the parties respectfully request that the Court schedule a change of plea hearing.

7. The parties further agree that, pursuant to the Speedy Trial Act, the time between May 26, 2023 and the next court conference should be excluded from speedy trial calculations on the basis that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY
    D.C. Bar No. 481052

By:   /s/ Brian Morgan
    BRIAN MORGAN
    Trial Attorney
    Detailed to the District of Columbia
    NY Bar No. 4276804
    601 D Street NW
    Washington, DC 20530
    Brian.morgan@usdoj.gov
    (202) 305-3717