**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 22-cr-10-RJL** |
| | **:** | |
| **AVERY MACCRACKEN,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**MOTION TO RE-SCHEDULE PLEA HEARING**

The United States of America files this motion to respectfully request that the Court reschedule the plea hearing that was formerly scheduled on July 11, 2023 and subsequently continued.

In support of this motion, the government states as follows:

1.  At a status conference on October 4, 2022, the defendant informed the Court that he wished to plead guilty to one count of 18 U.S.C. § 231(a)(3). A plea hearing was scheduled for December 12, 2022.

2.  On November 29, 2022, the Court continued the plea hearing and excluded time under the Speedy Trial Act.

3.  On June 1, 2023, the Court re-scheduled the plea hearing for July 11, 2023.

4.  On July 11, 2023, the Court continued the plea hearing to be rescheduled at a later date. The Court further excluded time under the Speedy Trial Act.

5.  Government counsel has conferred with counsel for the defendant. The defendant requests that the plea hearing be scheduled on October 20, 2023. Defense counsel is scheduled to begin a trial on October 30, 2023.

6.  The government requests that the plea hearing be scheduled on the earliest date that is practicable for the Court and parties after August 21, 2023. Government counsel is scheduled to be in trial on October 16-19, 2023.

7.  The parties agree that, pursuant to the Speedy Trial Act, the time between July 11, 2023 and the next court conference should be excluded from speedy trial calculations on the basis that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Accordingly, the government respectfully requests that the Court grant this Joint Motion to Re-Schedule the Plea Hearing.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052


By:     /s/ Brian Morgan
BRIAN MORGAN
Trial Attorney
Detailed to the District of Columbia
NY Bar No. 4276804
601 D Street NW
Washington, DC 20530
Brian.morgan@usdoj.gov
(202) 305-3717