UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) Case No. 22-CR-0010 (RJL) |
| | ) |
| AVERY MACCRACKEN, | ) |
| | ) |
| Defendant. | ) |

DEFENSE REPONSE TO GOVERNMENT FILING OF JOINT STATUS UPDATE

On February 16, 2024, the government filed what was to be a joint status report for a sentencing date in this case. Docket Entry # 46. To that end, I provided to the government, in writing, as an attachment to my email to them, my trial commitments so that the government could accurately inform the Court of defense counsel's availability. In writing, I provided to the government the following trial dates to note in the joint status update to this Court. The dates were as follows:

1. February 20, 2024 – United States v. Juan Orlando Hernandez - 15 cr. 379 (PKC);
2. March 11, 2023 – United States v. Kelly, 23 Cr. 113 (DEL)
3. April 14, 2023 – United States v. Ahmed, 19 Cr. 2162 (JGZ)
4. May 20, 2024 – United States v. Kwok, 23 Cr. 118 (AT)
5. United States v. Coward, June 29, 2024, 21 Cr. 572 (EK)
6. July 8, 2024 -- United States v. Alazo, 20 Cr. 131 (ABJ)
7. United States v. Konoshchenko, November 22 Cr. 409 (HG)

The government omitted from telling the court of my July 8, 2024 trial commitment before the Hon. Amy Berman Jackson, (#6 on the list) in the District of Columbia.

I now write to respectfully inform the Court of that trial date now, as it explains why I would be able to do a sentencing in July and in the midst of a trial which would be in the same district

as the sentencing proceeding.

Additionally, Avery MacCracken had a medical issue and that was only *partially* why the PSR was delayed. The other reason was my trial schedule.

I thank the Court for its time and consideration of these matters.

                                      Respectfully submitted,

                                      Sabrina Shroff
                                      80 Broad Street, 19th Floor
                                      New York, New York 10004

                                      A.  J. Kramer
                                      Federal Public Defender for the District of Columbia

                                      /s/Michelle Peterson, CAFPD
                                      625 Indiana Ave., N.W., Suite 550
                                      Washington, D.C.  20004
                                      (202) 208-7500, ext. 130

Dated: February 16, 2024