UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-cr-10-RJL |
| | : | |
| **AVERY MACCRACKEN,** | : | |
| | : | |
| **Defendant.** | : | |

## STATUS REPORT

The United States of America files this status report and respectfully provides proposed dates for the re-scheduled sentencing of the defendant.

1. On January 12, 2022, a grand jury in the District of Columbia returned an indictment charging the defendant with multiple felony counts in connection with his participation in the riot at the U.S. Capitol on January 6, 2021.

2. On October 20, 2023, the defendant pled guilty to violating 18 U.S.C. § 231(a)(3) (Civil Disorder). The Court scheduled a sentencing hearing for February 21, 2024. On February 5, 2024, the Court vacated the sentencing hearing.

3. On February 22, 2024, the Court directed the parties to provide a joint status report by April 1, 2024, proposing new dates for the sentencing.

4. Government counsel is available for the sentencing on any date from May 13 to May 31. Government counsel is also available on any date during the month of July.

5. Defense counsel informed the undersigned that she will provide her availability in a separate filing.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:  /s/ Brian Morgan
BRIAN MORGAN
Trial Attorney
U.S. Attorney's Office for the District of Columbia
NY Bar No. 4276804
601 D Street NW
Washington, DC 20530
Brian.morgan@usdoj.gov
(202) 305-3717