UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) Case No. 22-CR-0010 (RJL) |
| | ) |
| AVERY MACCRACKEN, | ) |
| | ) |
| Defendant. | ) |

STATUS REPORT

On February 22, 2024, the Court directed the parties to provide a joint status report by April 1, 2024, proposing new dates for the sentencing.

Mr. MacCracken lives in Colorado requests a sentencing date after the July 4, 2024 weekend as the holiday will impact the cost of travel.

Counsel is to start trial on May 20, 2024 in the case of *United States of America v. Ho Won Kwok*, 23 Cr. 118 (AT). Trial is to last 6 to 8 weeks.

I thank the Court for its time and consideration of these matters.

Respectfully submitted,

Sabrina Shroff
80 Broad Street, 19th Floor
New York, New York 10004

A. J. Kramer
Federal Defender for the District of Columbia

/s/Michelle Peterson, CAFPD
Washington, D.C. 20004

Dated: April 1, 2024