UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | CR. NO. 22-CR-10 (RJL) |
| **AVERY MACCRACKEN** | ) | |
| | ) | |

**OPPOSED MOTION FOR A CONTINUANCE OF SENTENCING DATE**

This Honorable Court has set Mr. MacCracken's sentencing for May 14, 2024, the very same date that Hon. Analisa Torres set for a final pretrial conference on the matter of *United States v. Ho Wan Kwok*, S3 23 Cr. 118 (AT).[1] Trial on the *Ho Wan Kwok* matter is set for May 22, 2024. This is a two-defendant RICO case with one defendant of the two defendants requiring the assistance of a Mandarin linguistic expert. According to the prosecutors on the *Ho Wan Kwok* matter is to last for 6 to 8 weeks. It would be a hardship for Judge Torres to continue the final Pretrial Conference as the two defendant trial- matter involves several defense and four government counsel, interpreters and the United States Marshal Service as both defendants are in custody.  Of course, should this Court so direct, I will seek a continuance from Judge Torres on the *Kwok* matter.

In light of the above, I write to respectfully request the Court continue sentencing in this matter to July 25, 26 or July 29, 2024.

I am pro bono counsel to Mr. MacCracken. I was assigned to represent Mr. MacCracken when I was with the Office of the Federal Public Defender for the District of Columbia, and

---

[1] Judge Torres had set May 14, 2024 as the final pretrial date before this Court set the same date for sentencing.

because of my work with the client and an overburdened Federal Defender Office, I continued to, at Mr. MacCracken's request, to represent him, now in a pro bono capacity.

Allowing sentencing to proceed in July would not prejudice the government who opposes the continuance and seeks a date earlier than May 14, 2024 as a sentence date. There would be no actual prejudice to the government -- Mr. MacCracken is on bail and fully compliant with his conditions of release. A continuance will allow me to appear for my incarcerated client's final pretrial conference, and bear the financial cost of travel to and stay in Washington D.C. as it would allow me to combine this proceeding with another pro bono case.

Finally, Mr. MacCracken would appreciate a continuance. He is 70 plus years old, and in physical therapy because of an accident in January of 2024.



He goes to Compass Medical Center in Montrose, Colorado and has an appointment there this morning (April 29, 2024).

I thank the Court for its time and consideration of this request, and ask for a final continuance of the sentencing hearing to a date in July.

                                        Respectfully Submitted,

                                        /s/Sabrina P. Shroff
                                        80 Broad Street, 19th Floor
                                        New York, New York 10004
                                        646-763-1490

                                        A.J. KRAMER
                                        FEDERAL PUBLIC DEFENDER

                                        /s/Elizabeth Mullins, AFPD
                                        625 Indiana Ave., N.W.
                                        Washington, D.C.  20004
                                        (202) 208-7500

## **CERTIFICATE OF SERVICE**

I, Sabrina P. Shroff, certify that on this 29th day of April 2024 I caused a copy of the foregoing opposed motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

/s/
Sabrina P. Shroff